BEFORE THE FIRST DIVISION, DECEMBER 21, 1954

**No. 58612.**—New York Merchandise Co., Inc. *v.* United States, protest 234134–K (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 58613.**—Alltransport, Incorporated *v.* United States, protest 232842–K (New York).

Opinion by OLIVER, C. J. The protest was dismissed.